# U.S. District Court
## Northern District of Texas (Dallas)
## CRIMINAL DOCKET FOR CASE #: 3:15−mj−00472−BN−1

Case title: USA v. Frattarola

Other court case number: 6:13−cr−101 Eastern District of Texas

Date Filed: 07/13/2015

---

Assigned to: Magistrate Judge David L Horan

**Defendant (1)**

**James Leroy Frattarola**  represented by **Douglas A Morris−FPD**
Federal Public Defender − Dallas
525 Griffin St
Suite 629
Dallas, TX 75202
214/767−2746
Email: doug_morris@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*
*Bar Status: Admitted/In Good Standing*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| O/D Supervised Release Violation | |

---

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/13/2015 | | | Arrest (Rule 32) of James Leroy Frattarola. Case Number 6:13–cr–101 from Eastern District of Texas. (mcrd) (Entered: 07/13/2015) |
| 07/13/2015 | 1 | 3 | Minute Entry for proceedings held before Magistrate Judge David L Horan: Initial Appearance as to James Leroy Frattarola held on 7/13/2015. Deft waived identity hearing, but reserves the right to any pc/detention hearings in the charging district. Deft ordered removed to the ED/TX. Attorney Appearances: AUSA – Mary Walters; Defense – Douglas Morris. (Court Reporter: Digital File) (No exhibits) Time in Court – :04. (mcrd) (Entered: 07/14/2015) |
| 07/13/2015 | 2 | | (Document Restricted) CJA 23 Financial Affidavit by James Leroy Frattarola (mcrd) (Entered: 07/14/2015) |
| 07/13/2015 | 3 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to James Leroy Frattarola. (Ordered by Magistrate Judge David L Horan on 7/13/2015) (mcrd) (Entered: 07/14/2015) |
| 07/13/2015 | 4 | 5 | WAIVER of Rule 32 Hearings by James Leroy Frattarola (mcrd) (Entered: 07/14/2015) |
| 07/13/2015 | 5 | 6 | Report of Proceedings under Rule 32.1 and Order Entered Thereon as to James Leroy Frattarola. Defendant is removed forthwith to the district in which he is charged. Paperwork sent to Eastern District of Texas. (Ordered by Magistrate Judge David L Horan on 7/13/2015) (mcrd) (Entered: 07/14/2015) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE: DAVID L. HORAN | |
|---|---|
| DEPUTY CLERK: Vila Fisher | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:31 - 2:43 |
| A.M.       P.M. | DATE: July 13, 2015 |

☐ MAG. NO.   ☐ DIST. CR. NO. 3:15-mj-00472-BN *SEALED*   USDJ Magistrate Judge David L Horan

UNITED STATES OF AMERICA § _Mary Walters_, AUSA
§
v. § _____ ☐
§
§ _Doug Morris_ ☐
JAMES LEROY FRATTAROLA (1) § COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☐ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☑ DATE OF FEDERAL ARREST/CUSTODY: 07/13/2015 ☐ SURRENDER_____ ☐ RULE 5/32 ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☐ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☑ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $_____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☑ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT. ID.
☑ WAIVER OF ☐ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☐ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☑ ID ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: _Request hearing in charging district._

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUL 13 2015
CLERK, U.S. DISTRICT COURT
By _____ Deputy

3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 3:15-mj-00472-BN *SEALED* |
| JAMES LEROY FRATTAROLA (1) | § | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The Court, having considered the Financial Affidavit of the Defendant, the court finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED this 13th day of July, 2015.

DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:15-mj-00472-BN *SEALED* |
| | § | |
| v. | § | |
| | § | |
| JAMES LEROY FRATTAROLA (1) | § | Charging District's Case No. 6:13-cr-101 |

FILED JUL 13 2015

## WAIVER OF RULE 32.1 HEARING
### (Violation of Probation or Supervised Release)

I understand that I have been charged with violating the conditions of probation or supervised release in a case pending in another district, the Eastern District of Texas.

I have been informed of the charges and of my rights to:

(1)  retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2)  an identity hearing to determine whether I am the person named in the charges;
(3)  production of certified copies of the judgment, warrant, and warrant application, or reliable electronic copies of them if the violation is alleged to have occurred in another district;
(4)  a preliminary hearing to determine whether there is probable cause to believe a violation occurred if I will be held in custody, and my right to have this hearing in this district if the violation is alleged to occurred in this district; and
(5)  a hearing on the government's motion for my detention in which I have the burden to establish my eligibility for release from custody.

I agree to waive my right(s) to:

☒ an identity hearing and production of the judgment, warrant, and warrant application.
☐ a preliminary hearing.
☐ a detention hearing.
☒ an identity hearing, production of the judgment, warrant, and warrant application, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 13th day of July, 2015

_____
Defendant's signature

_____
Signature of defendant's attorney

_____
Printed name of defendant's attorney

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | Case No. 3:15-mj-00472-BN *SEALED* |
| | § | Other Dist. Docket No. 6:13-cr-101 |
| v. | § | Charge Pending: |
| | § | Eastern District of Texas |
| JAMES LEROY FRATTAROLA (1) | § | Tyler Division |

## REPORT OF PROCEEDINGS UNDER RULES 32.1
## AND ORDER ENTERED THEREON

The defendant is charged in the above-referenced district with violating conditions of probation or supervised release. Having been arrested in this district on a warrant issued on the petition to revoke probation or supervised release, she appeared before me for proceedings as follows:

**32.1(a)(5)(A):**
- ☐ The alleged violation occurred in this district.
- ☐ The defendant waived preliminary hearing.
- ☐ Based on the evidence presented during preliminary hearing, the Court finds that:
  - ☐ There is probable cause to believe that a violation occurred.
  - ☐ There is NOT probable cause to believe that a violation occurred.

**32.1(a)(5)(B):**
- ☒ The alleged violation did not occur in this district.
- ☐ The government has produced certified copies of the judgment, warrant, and warrant application.
- ☒ The defendant waived production of certified copies of the judgment, warrant, and warrant application.
- ☒ The Court finds that the person before the Court is the defendant named in the warrant because:
  - ☒ The defendant waived identity hearing.
  - ☐ An identity hearing was conducted, and the defendant's identity was established.
- ☐ The Court finds, based on the evidence presented during an identity hearing, that the person before the Court is NOT the defendant named in the warrant.
- ☒ The defendant waived detention hearing in this district and requested that detention hearing be held in the prosecuting district.

6

TO:  UNITED STATES MARSHAL

    ☒    You are commanded to remove the above named defendant forthwith to the district in which he/she is charged and there deliver him/her to the United States Marshal for that district or to some other officer authorized to receive him/her.

    ☐    It is ORDERED that this defendant be released from custody on bond pending further proceedings.

    ☐    It is ORDERED that this defendant be discharged.

SIGNED:

David L. Horan
United States Magistrate Judge

(Use Other Side for Return)

7